IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| ROMAN BEY , | * |
| Plaintiff, | * |
| v. | Case No.  5:23-cv-00421-TES |
| | * |
| THE CHARLOTTE MECKLENBURG HOSPITAL AUTHORITY, et al., | * |
| Defendants. | * |

## **J U D G M E N T**

Pursuant to this Court's Order dated December 4, 2023, and for the reasons stated therein, JUDGMENT is hereby entered dismissing this case. Plaintiff shall recover nothing of Defendants.

This 5th day of December, 2023.

David W. Bunt, Clerk

s/ Shabana Tariq, Deputy Clerk